DANNY JAMES COTTEA
PLAINTIFF/PETITIONER/MOVANT'S NAME
CDCR # J13647
PRISON NUMBER
CALSP- CALIPATRIA STATE PRISON
P.O. BOX 5002, 7018 BLAIR RD.
PLACE OF CONFINEMENT
CALIPATRIA, CA. 92233-5002
ADDRESS

2254 ✓   1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
07 OCT 17 PM 3:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# United States District Court
## Southern District Of California

DANNY JAMES COTTEA,
Plaintiff/Petitioner/Movant

v.

L.E. SCRIBNER, WARDEN,
Defendant/Respondent

Civil No. '07CV 2013 J  JMA
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, DANNY JAMES COTTEA, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration CSP- CALIPATRIA STATE PRISON
   Are you employed at the institution?       ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

YES!!!

2. Are you currently employed?  ☐ Yes  ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____N/A_____
   _____N/A_____
   _____N/A_____
   _____N/A_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _HAD NONE._
   _____N/A_____
   _____N/A_____
   _____N/A_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes  ☒ No
   d. Disability or workers compensation               ☐ Yes  ☒ No
   e. Social Security, disability or other welfare     ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☐ Yes  ☒ No
   f. Spousal or child support                         ☐ Yes  ☒ No
   g. Any other sources                                ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____N/A_____
   _____N/A_____
   _____N/A_____

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____N/A_____
   b. Present balance in account(s): _____N/A_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s): _____N/A_____
   b. Present balance in account(s): _____N/A_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make: __N/A__  Year: __N/A__  Model: __N/A__
   b. Is it financed? ☐ Yes  ☒ No
   c. If so, what is the amount owed? __N/A__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _N/A_
   _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_
   _N/A_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   _NONE_
   _N/A_
   _N/A_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _NONE_
    _N/A_
    _N/A_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _HAVE NO SOURCES OF FUNDS._
    _N/A_
    _N/A_

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____        _[signature]_
        DATE                          SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

---

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __DANNY JAMES COHEA__,
(NAME OF INMATE)

__J13647__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __Calipatria State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __.01__,

and the *average monthly deposits* to the applicant's account was $ __0__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__9-20-07__                __F. Robles__
DATE                       SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__F. Robles__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)        -4-        K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __DANNY JAMES COTTEA__, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__October 12, 2007__    __Danny James Cotten__
DATE                    SIGNATURE OF PRISONER

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 20, 2007 THRU SEP. 20, 2007

ACCOUNT NUMBER : J13647                BED/CELL NUMBER: FA0500000000149L
ACCOUNT NAME   : COHEA, DANNY JAMES       ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/20/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 04/05 | *DD31 | CHECK DEPOSIT | 04-02/5411 | | 0.11 | | 0.11 |
| 04/09 | W214 | FEDERAL FILIN | 0366 /5484 | | | 0.01 | 0.10 |
| 04/09 | W214 | FEDERAL FILIN | 2799 /5484 | | | 0.01 | 0.09 |
| 04/13 | *DD99 | REV CASH DEPO | 04-02/5572 | | 0.11- | | 0.02- |
| 04/13 | W824 | REVERSE FILIN | 0366/5575 | | | 0.01- | 0.01- |
| 04/13 | W824 | REVERSE FILIN | 2799/5575 | | | 0.01- | 0.00 |
| 05/23 | W515 | COPY CHARGE | 04-02/6457 | | | 0.24 | 0.24- |
| 05/29 | W860 | REVERSE COPY | ERROR 6541 | | | 0.24- | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/29/2007 | H110 | COPIES HOLD | ERROR 6542 | 0.24 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/01/94                    CASE NUMBER: BA077195
COUNTY CODE: LA                             FINE AMOUNT: $    200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 03/20/2007 | | BEGINNING BALANCE | | 131.88 |
| 04/05/07 | DR31 | REST DED-CHECK DEPOSIT | 0.12- | 131.76 |
| 04/13/07 | DR99 | REV REST DED-CASH DEPOSIT | 0.12 | 131.88 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
        TRUST OFFICE

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 20, 2007 THRU SEP. 20, 2007

ACCT: J13647     ACCT NAME: COHEA, DANNY JAMES     ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.24 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------------
0.24-



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, DANNY JAMES COHEA, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PETITIONER IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 10TH DAY OF: OCTOBER, 20 07 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) Danny James Cohea
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, DANNY JAMES COHEA, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON OCTOBER 10TH, 20 07 I SERVED THE FOREGOING: MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS (U.S.D.C. SOUTHERN DIST.)

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

Clerk of:
U.S. District Court
Room 4290
880 Front Street
San Diego, CA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: OCTOBER 10TH, 2007

Danny James Cohea
(DECLARANT/PRISONER)