```
 1 │ EDMUND G. BROWN JR.
   │ Attorney General of the State of California
 2 │ DANE R. GILLETTE
   │ Chief Assistant Attorney General
 3 │ JULIE L. GARLAND
   │ Senior Assistant Attorney General
 4 │ HEATHER BUSHMAN
   │ Supervising Deputy Attorney General
 5 │ LORA FOX MARTIN, State Bar No. 168012
   │ Deputy Attorney General
 6 │  110 West A Street, Suite 1100
   │  San Diego, CA 92101
 7 │  P.O. Box 85266
   │  San Diego, CA 92186-5266
 8 │  Telephone: (619) 645-2019
   │  Fax: (619) 645-2581
 9 │  Email: Lora.Martin@doj.ca.gov

10 │ Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY JAMES COHEA,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**L. E. SCRIBNER, Warden,**<br><br>　　　　　　　　　　　Respondent. | CV 07-2013 J (JMA)<br><br>**EX-PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF LORA FOX MARTIN**<br><br>Court: D<br>Judge: Hon. Jan M. Adler<br>　　　　　U.S. Magistrate Judge |

　　　　Respondent L.E. Scribner, Warden, Calipatria State Prison, Calipatria, makes this Ex-Parte Application for a thirty-two-day extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus.

///

///

///

///

1  Pursuant to this Court's October 29, 2007 Order, the Motion to Dismiss is currently due on
2  or before December 21, 2007, and the Answer, on or before January 11, 2008. The extension of
3  time, up to and including January 22, 2008, is required for the reasons set forth in the Declaration
4  of Lora Fox Martin, attached hereto. A proposed order is concurrently lodged with this Ex-Parte
5  Application.

Dated: December 20, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/ Lora Fox Martin

LORA FOX MARTIN
Deputy Attorney General
Attorneys for Respondent

LFM:bm
70110311.wpd
SD2007602019

Ex-Parte Application for Extension of Time          Case No. CV 07-2013 J (JMA)

<u>DECLARATION OF LORA FOX MARTIN</u>

I, LORA FOX MARTIN, declare as follows:

1. I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a Deputy Attorney General for the State of California in the Correctional Writs and Appeals Section. I am the attorney representing the Respondent in this matter. The following facts are based on my personal knowledge, except for those facts based on information and belief. If called upon as a witness to testify about the following facts, I could, and would, competently testify thereto.

2. On October 29, 2007, this Court issued an order directing Respondent to file a Motion to Dismiss by December 21, 2007, and an Answer to the Petition for Writ of Habeas Corpus by January 11, 2008.

3. On November 9, 2007, this matter was assigned to declarant, and the paralegal assigned to this matter ordered the relevant documents from the institution and from the state courts.

4. I have reviewed the Petition, the institutional file, and all of the state court documents which have been received. I have begun drafting a response to the Petition. However, I need additional time to complete the draft, and have it reviewed and processed for filing. I was unable to complete my response prior to the deadline for the filing of the Motion to Dismiss because of my current workload. Also, although three separate requests have been made to the Imperial County Superior Court, the superior court still has not provided a copy of the petition filed in that court, which should be lodged in conjunction with Respondent's pleading pursuant to the Court's October 29, 2007 Order.

5. In the last thirty days, I have filed the following matters: Motions to Dismiss the Petitions for Writ of Habeas Corpus in *Smith v. Donovan*, CV 07-6908, in the United States District Court, Central District, on November 27, 2007, and in *Clinton v. People*, CV 07-2516, in the United States District Court, Central District, on December 17, 2007; an Informal Response to a Petition for Writ of Habeas Corpus in *In re Cruz*, HSC 10928, in the San Diego County Superior Court, on November 30, 2007; an Answer to a Petition for Writ of Habeas Corpus in

1  *White v. Curry*, CV 07-6388, in the United States District Court, Central District, on December
2  10, 2007; and Motions for Review in *White v. Davison*, CV 07-2624, and in *Deerwester v.*
3  *Salazar*, CV 07-4388, both which were filed in the United States District Court, Central District,
4  on December 19, 2007.

5       6. I also spent a substantial amount of time working on an Informal Response to a
6  Petition for Writ of Habeas Corpus in *In re Cuevas*, HSC 10040, which was originally due on
7  December 5, 2007. Because of the nature of the claim in the petition, the case required more
8  than the usual amount of research and investigation. Also, between December 3 and December
9  17, 2007, most of my attention was devoted to a case involving medical intervention with an
10 inmate on a self-imposed hunger strike in *In re Davies*, San Diego County Superior Court No.
11 HC19190. In addition to seeking an emergency, temporary order for a designated party to make
12 health care decisions for the inmate, I also prepared for a hearing on the inmate's competency
13 which was scheduled for December 17, 2007. Shortly before the hearing occurred, I was notified
14 that the inmate was being transferred out of our jurisdiction, and I thereafter prepared a formal
15 motion to dismiss the case, which I presented at the court appearance on December 17.

16      7. In addition, there were two state holidays during the month of November, and I was
17 out of the office ill an additional day during the last thirty days. There are two state holidays in
18 the next two weeks, in addition to the fact that I will be taking at least one additional day off
19 during that time to attend to personal matters.

20      8. I do not believe that Mr. Cohea will be materially prejudiced by a thirty-two-day
21 delay in the consideration of his claims. Based on my initial review of the petition and attendant
22 materials, I believe that I will be able to show that Mr. Cohea's Petition should be dismissed
23 without reaching the merits of his claims.
24 ///
25 ///
26 ///
27 ///
28 ///

9. As Mr. Cohea is a life inmate proceeding in pro per, he will be notified of this request by mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on December 20, 2007, at San Diego, California.

/s/ Lora Fox Martin
LORA FOX MARTIN

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Cohea v. Scribner**

Case No.:    **CV 07-2013 J (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 20, 2007, I served the attached **EX-PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF LORA FOX MARTIN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Danny James Cohea
CDC # J-13647
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 20, 2007, at San Diego, California.

B. Magallanes                           _/s/ B. Magallanes_
Declarant                               Signature

70110344.wpd