IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY JAMES COHEA,**<br><br>                             Petitioner,<br><br>     v.<br><br>**L.E. SCRIBNER, WARDEN,**<br><br>                             Respondent. | CV 07-2013-JAH (JMA)<br><br>**ORDER ON RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITION** |

   Counsel for Respondent has requested a thirty-two (32) day extension of time to file a Response to the Petition. The Court hereby **GRANTS** the request for an extension of time.

   Respondent shall have until **January 22, 2008,** to file a Response to the Petition. Petitioner shall have until **March 3, 2008** to file an Opposition/Traverse.

   **IT IS SO ORDERED.**

DATED: December 21, 2007

_____
Jan M. Adler
U.S. Magistrate Judge