UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN -7 PM 4:22
CLERK US DIST...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Adler
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 1/2/2008
CASE NO.: 07cv2013 JAH (JMA)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Cohea v. Scribner, et al
DOCUMENT ENTITLED: Petitioner's Opposition to Respondent's Motion for Extension of Time to Respond to Habeas Corpus Petition

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Moot. Motion Granted 12/21/07 |

Date forwarded: 1/2/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler

Dated: 1/4/08   By: HAH

DANNY JAMES COHEA (J13647)
CALIPATRIA STATE PRISON
P.O. BOX 5002, ASU 139L
CALIPATRIA, CA. 92233-5002



IN PRO PER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,           CV 07-2013 J (JMA)
          PETITIONER,
                             PETITIONER'S OPPOSITION
   V.                        TO RESPONDENT'S MOTION
                             FOR EXTENSION OF TIME
L.E. SCRIBNER, WARDEN,       TO RESPOND TO HABEAS
                             CORPUS PETITION
          RESPONDENT.
                             COURTROOM: D
                             U.S. MAG. JUD: HON. JAN M. ADLER

                             (PURSUANT TO L.R. CIV. 7.1(e),(f))

## AFFIDAVIT

ON OCTOBER 29, 2007, THIS COURT ISSUED AN ORDER TO SHOW CAUSE ("OSC") PURSUANT TO FEDERAL RULES CIVIL PROCEDURE, 11, AND RULES 4 AND 5 OF THE RULES GOVERNING 28 U.S.C. § 2254 HABEAS CORPUS PETITION, REQUIRING AN ANSWER BY JANUARY 11, 2008.

(1)

07-CV-2013