1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Deputy Attorney General
5  LORA FOX MARTIN, State Bar No. 168012
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2019
    Fax: (619) 645-2581
9   Email: Lora.Martin@doj.ca.gov

10 Attorneys for Respondent

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15 | DANNY JAMES COHEA,                      | CV 07-2013 J (JMA)
16 |                          Petitioner,    | NOTICE OF LODGMENT IN
   |                                         | SUPPORT OF MOTION TO
17 |      v.                                 | DISMISS PETITION FOR WRIT
   |                                         | OF HABEAS CORPUS [28 U.S.C. §
18 | L. E. SCRIBNER, Warden,                 | 2254]
19 |                          Respondent.    | Court: D
   |                                         | Judge: Hon. Jan M. Adler
20 |                                         |        U.S. Magistrate Judge

21      Respondent lodges the following document in support of the Answer to the Petition for Writ

22 of Habeas Corpus:

23      Lodgment 1 - Abstract of Judgment;

24      Lodgment 2 - Director's Level Appeal Decision, Local Log No. 06-1463;

25      Lodgment 3 - Director's Level Appeal Decision, Local Log No. 06-1687;

26      Lodgment 4 - Director's Level Appeal Decision, Local Log No. 06-0639;

27      Lodgment 5 - Petition for writ of habeas corpus filed in the Imperial County Superior Court;

28      Lodgment 6 - Denial of the petition filed in the superior court;

1     Lodgment 7 - Petition for writ of habeas corpus filed in the California Court of Appeal, Fourth Appellate District, Division One, Case No. D049926;

    Lodgment 8 - Denial of the petition filed in the court of appeal;

    Lodgment 9 - Petition for writ of habeas corpus filed in the California Court of Appeal, Fourth Appellate District, Division One, Case No. D050641;

    Lodgment 10 - Denial of the petition in the court of appeal;

    Lodgment 11 - Petition for writ of habeas corpus filed in the California Supreme Court; and

    Lodgment 12 - Supreme Court, Docket, reflecting denial of petition for writ of habeas corpus.

Dated: January 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/s/Lora Fox Martin

LORA FOX MARTIN
Deputy Attorney General
Attorneys for Respondent

70111697.wpd
SD2007602019

Notice of Lodgment           Case No. CV 07-2013 J (JMA)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Cohea v. Scribner**

Case No.:    **CV 07-2013 J (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 11, 2008, I served the attached **NOTICE OF LODGMENT IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS [28 U.S.C. § 2254]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Danny James Cohea
CDC # J-13647
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 11, 2008, at San Diego, California.

B. Magallanes
Declarant

_signature_
Signature

70111738.wpd