# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN 28 PM 4:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE  Houston  Adler
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 1/22/2008
CASE NO.: 07cv2013 JAH (JMA)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Cohea v. Scribner, et al
DOCUMENT ENTITLED: Motion for Clarification of the Court's 1/4/08 Discrepancy Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| X | 7.1 or 47.1 | **Date noticed for hearing not in compliance with rules/Document(s) are not timely** |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |

*Motions for extensions of time are generally granted for either party*

OTHER: Opposition was rejected because Motion for Extension of Time had already been Granted. Hand-written explanation supercedes other explanation.

Date forwarded: 1/23/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JMA
Dated: 1/28/08        By: HH
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Danny James Cohea (J13647)
Calipatria State Prison
P.O. Box 5002, ASU 139L
Calipatria, CA. 92233-5002

**REJECTED**

In Pro Per

United States District Court
Southern District of California

| | |
|---|---|
| Danny James Cohea,<br><br>    Petitioner,<br><br>v.<br><br>L.E. Scribner, Warden,<br><br>    Respondent | Civil No. 07CV2013 J (JMA)<br><br>Motion for Clarification of the Court's January 04, 2008 Discrepancy Notice/Order; and Request for Judicial Notice<br><br>Courtroom: D<br>U.S. Mag. Judge: Jan M. Adler<br>Time & Date: January 21, 2008; 8:00 A.M. |

**AFFIDAVIT**

Petitioner moves this court for clarification of its discrepancy order/notice filed on January 04, 2008, and request this court to take judicial notice of its own records and files in the above-entitled matter, Federal Rule of Evidence Rule 201(a)(b), based on memorandum of points and authorities attached.

(1)