Danny James Cohea (J13647)
Calipatria State Prison
P.O. Box 5002, ASU 139L
Calipatria, CA. 92233-5002

In Pro Per

FILED
2008 JAN 28 PM 3:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____RM____ DEPUTY

United States District Court
Southern District of California

Danny James Cohea,
            Petitioner,
    v.
Scribner, Warden,
            Respondent.

Case No. 07-CV-2013 J (JMA)

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Notice is hereby given that the above-named Petitioner has changed his address from that of record to the following:

RECORDED ADDRESS
Danny James Cohea (J13647)
Calipatria State Prison
P.O. Box 5002
Calipatria, CA. 92233-5002
DATED: January 23, 2008

NEW ADDRESS
Danny James Cohea (J13647)
CSP-Corcoran
4001 King Ave
P.O. Box 8800
Corcoran, CA. 93212-8309

_/s/ Danny James Cohea_
Danny James Cohea
Petitioner

[Envelope image]

From:
Danny James Osher (J13647)
Calipatria State Prison
P.O. Box 5002, A5u 138L
Calipatria, CA 92233-5002

Postage: $00.41, Jan 24 2008, Mailed from Zip Code 92233
Generated from Calipatria State Prison

To:
Clerk of:
United States District Court
Southern District of California
Room 4290
880 Front Street
San Diego, CA 92101-8900

Confidential Legal Mail