# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

2008 FEB 22 PM 4:19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE   Houston Adler

FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 2/13/2008   BY: Rm   DEPUTY

CASE NO.: 07cv2013 JAH (JMA)   DOCUMENT FILED BY: Petitioner

CASE TITLE: Cohea v. Scribner, et al

DOCUMENT ENTITLED: Motion for an Order for Obstruction of this Court's Order Dated 12/21/2007

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| X | 7.1 or 47.1 | **Date noticed for hearing not in compliance with rules/Document(s) are not timely** |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No proof of service.** Petitioner must serve a copy of all filings on counsel for respondent and must provide a proof of service to the court |

Date forwarded: 2/13/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. *along with the proposed filing*

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler

Dated: 2/20/2008   By: HH
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

/ KING AVE.
P. BOX 8800, 4A2R 45
CORAN, CA. 93212

PRO PER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    PETITIONER,

V.

E. SCRIBNER, WARDEN,

    RESPONDENT.

CASE NO. CV-07-2013 J (JMA)

MOTION FOR AN ORDER FOR OBSTRUCTION OF THIS COURT'S ORDER DATED DECEMBER 21, 2007

(PURSUANT TO 18 U.S.C. §§ 1506, 1509)

COURTROOM: D
U.S. MAG. JUD.: JAN M. ADLER
TIME: 10:00 A.M.
DATE: FEBRUARY 17, 2008

## AFFIDAVIT

COME NOW PETITIONER, WHICH MOVES THIS COURT FOR AN ORDER FOR OBSTRUCTION OF THIS COURT'S ORDER DATED DECEMBER 21, 2007 REQUIRING PETITIONER TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS NO LATER THAN MARCH 03, 2008. THIS MOTION IS FILED FOR GOOD CAUSE AND BASED ON THE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES PURSUANT TO 18 U.S.C. §§ 1506, 1509.

DATED: FEBRUARY 08, 2008

RESPECTFULLY SUBMITTED,

DANNY JAMES COHEA

(1)

**REJECTED**

JAMES COHEA (JR.)
-CORCORAN
1001 KING AVE.
P.O. BOX 8800, 4A2R 45
CORCORAN, CA. 93212

IN PRO PER

REJECTED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>  PETITIONER<br><br>V.<br><br>L.E. SCRIBNER, WARDEN,<br><br>  RESPONDENT. | CASE NO. CV-07-2013 J (JMA)<br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S MOTION FOR AN ORDER ON OBSTRUCTION OF THIS COURT'S DECEMBER 21, 2007 ORDER<br>(PURSUANT TO 18 U.S.C. §§ 1506, 1509)<br><br>COURTROOM: D<br>U.S. MAG. JUD.: JAN M. ADLER<br>TIME: 10:00 A.M.<br>DATED: FEBRUARY 17, 2008 |

AFFIDAVIT

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF PETITIONER'S OBSTRUCTION MOTION

(1)