

**FILED MAR 3 - 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

**FEB 1 9 2008**

FILED _____
DOCKETED _____
DATE    INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

**08-55238**

Re:   **USCA No:**
      **USDC No:    07cv2013 JAH (JMA)**
      **Cohea v. Scribner, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | |
|---|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries | |
| x | Case Information/Docket Fee Payment Notification Form | | | |
| | Order for Time Schedule (Criminal) | | | |
| X | Original Clerk's Record in | set(s) of | 1 | volume(s). |
| | Reporter's transcript's transcripts in | set(s) of | | volume(s). |
| | Exhibits in | envelope(s) | box(es) | folders(s) |
| | Judgement Order | | x | F/P Order |
| | CJA Form 20 | | | Minute Order |
| | Certificate of Record | | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | | |
| X | COA Order | | | |
| | Amended docket fee notification form | | | |
| | Order Appointing Counsel for Appeal | | | |
| x | Order denying Motion for Temporary Restraining Order entered 1/8/2008 | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 01/24/08

By: **L. Hammer**
Lauren Hammer, **Deputy**