Danny James Cohea (J13647)
CSP-Corcoran
4001 King Ave.
P.O. Box 8800, 4A2R-45L
Corcoran, CA. 93212

In Pro Per

FILED

2008 MAR -5 PM 2:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: RM DEPUTY

**NUNC PRO TUNC**

MAR -3 2008

United States District Court
Southern District of California

| | |
|---|---|
| Danny James Cohea,<br>Petitioner,<br><br>v.<br><br>L.E. Scribner, Warden,<br>Respondent. | Civil No. 07CV2013 J (JMA)<br><br>Motion for Extension of Time to File Opposition to Respondent's Motion to Dismiss Petition<br><br>Courtroom: D<br>U.S. Mag. Jud.: Jan M. Adler<br>Time: 8:00 A.M.<br>Date: March 03, 2008 |

**AFFIDAVIT**

Petitioner moves this court for extension of time to file an opposition to Respondent's motion to dismiss, which was set for March 03, 2008. Petitioner request forty-five (45) days extension of time from March 03, 2008 to April 17, 2008, because on January 23, 2008 all Petitioner's case(s) "legal materials" was SEIZED for a transfer to another prison institution and has NOT to this day been returned, nor has the new institution housing Petitioner allowed Petitioner access to its law library supplies and services (now for over a month). (See Petitioner's motion for "Obstruction of Justice" dated February 10, 2008 submitted for filing.) Motions for extensions of time are generally granted for EITHER party.

Dated: February 28, 2008

Respectfully submitted,

Danny James Cohea
Danny James Cohea

**VERIFICATION**

I, declare under penalty of perjury by the laws of the United States Respondent was served a copy of the above document on the above date.

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF KING

(C.C.P. Sec. 446 & 201.5; 28 U.S.C. Sec. 1746)

I, DANNY JAMES COHEA, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE PETITIONER IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTER STATED THEREIN UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 28TH DAY OF FEBRUARY 2008 AT CORCORAN STATE PRISON, CORCORAN, CALIFORNIA 93212.

/s/ Danny James Cohea
DECLARANT (PRISONER)

---

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 1013(a) & 2015.5; 28 U.S.C. Sec. 1746)

I, DANNY JAMES COHEA, AM A RESIDENT OF CORCORAN STATE PRISON, IN THE COUNTY OF IMPERIAL/KING, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM A PARTY OF THE ABOVE-ENTITLED ACTION, MY STATE PRISON ADDRESS IS: P.O. BOX 8800, CORCORAN, CALIFORNIA 93212.

ON FEBRUARY 28, 2008 I SERVED THE AFOREMENTIONED/FOREGOING: COHEA v. SCRIBNER, WARDEN, 07CV2013 J (JMA) MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION ON THE PARTY HEREWITH BY PLACING A TRUE COPY THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CORCORAN STATE PRISON, CORCORAN CALIFORNIA 93212.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

CALIFORNIA ATTORNEY GENERAL
(SAN DIEGO OFFICE)
110 WEST "A" STREET, SUITE 1100
SAN DIEGO, CA. 92186-5266
ATTN: DEPUTY AG
LORA FOX MARTIN

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: FEBRUARY 28, 2008

/s/ Danny James Cohea
DECLARANT (PRISONER)