Danny James Cohea (J13647)
CSP-Corcoran
4001 King Ave.
P.O. Box 8800, 4A2R-45L
Corcoran, CA. 93212-8309

In Pro Per

FILED

2008 APR 15 PM 4:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

NUNC PRO TUNC

APR 10 2008

In The United States District Court

For The Southern District of California

Danny James Cohea,

    Petitioner,

v.

L.E. Scribner, Warden,

    Respondent.

CV-07-2013 J (JMA)

Notice of Lodgment In Support of Opposition To Respondent's Motion To Dismiss Petition For Writ of Habeas Corpus [28 U.S.C. § 2254]

Court: D
Judge: Jan M. Adler
    U.S. Magistrate Judge

Petitioner lodges the following documents in support of the opposition to Respondent's motion to dismiss:

Lodgment A — Proof of service by mail California Supreme Court Petition for Writ of Habeas Corpus and "Supplement Pleading";

Lodgment B — Calipatria State Prison Legal Log Outgoing Mail for Petitioner (Cohea, CDC# J13647);

Lodgment C — Petitioner letter dated June 14, 2007 mailed to the Clerk of the California Supreme Court, received by the Court's Clerk Office June 18, 2007 — Noting Case# S151296;

Lodgment D — Supreme Court of California Docket Listing for Case# S151296 illustrating Petitioner's "Supplement Pleading — Grounds 4-6'" was received May 31, 2007 and filed under Case# S151296;

CV 07-2013

(1)

LODGMENT E - CALIFORNIA SUPREME COURT DENIAL ORDER DATED July 25, 2007 CASE # S151296 ON HABEAS CORPUS;

LODGMENT F - CALIFORNIA SUPREME COURT DENIAL ORDER DATED July 25, 2007 CASE # S154383, ON HABEAS CORPUS.

DATED: APRIL 06, 2008

RESPECTFULLY SUBMITTED,

_/s/ Danny James Colton_
DANNY JAMES COLTON
PETITIONER

(2)

CV 07-2013

# <u>VERIFICATION</u>

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _DANNY JAMES COHEA_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _PETITIONER_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _18TH_ DAY OF: _MAY_ 20 _07_ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _Danny James Cohea_
(DECLARANT/PRISONER)

## <u>PROOF OF SERVICE BY MAIL</u>

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _DANNY JAMES COHEA_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON _MAY 18TH,_ 20 _07_ I SERVED THE FOREGOING: _PETITION FOR WRIT OF HABEAS CORPUS [COHEA V. SCRIBNER, WARDEN] AND REQUEST FOR EVIDENTIARY HEARING (SUPPLEMENTAL PLEADING)_
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

CALIFORNIA SUPREME COURT
350 McALLISTER STREET
SAN FRANCISCO, CA. 94102
ATTN: COURT CLERK

CALIFORNIA ATTORNEY GENERAL
(SAN DIEGO OFFICE)
110 WEST "A" STREET, SUITE 700
SAN DIEGO, CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _18TH, MAY 2007_        _Danny James Cohea_
(DECLARANT/PRISONER)

LODGMENT A

# CALIPATRIA STATE PRISON
## LEGAL LOG OUTGOING

| CDC NO | INMATE NAME | DATE MAILED | ADDRESSEE | ADDRESS | CITY | ZIP | COMENTS |
|---|---|---|---|---|---|---|---|
| J13647 | COHEA (CONFIDENTIAL) | 7/9/07 | SUPREME CRT. | 350 MCALLISTER ST S.F., CA | | | ATTN: CLERK OF THE |

LODGMENT B

| CDC NO | INMATE NAME | DATE MAILED | ADDRESSEE | ADDRESS | CITY | ZIP | COMENTS |
|---|---|---|---|---|---|---|---|
| J13647 | COHEA | 5/29/07 | CA ATTY. GEN. | 110 W. "A" ST., STE. | S.D., CA | | CONFIDENTIAL |
| J13647 | COHEA (CONFIDENTIAL) | 5/29/07 | CA SUPREME CRT. | 350 MCALLISTER ST | S.F., CA | | ATTN: CLERK |
| J13647 | COHEA (CONFIDENTIAL) | 6/15/07 | CA SUPREME CRT. | 350 MCALLISTER ST | S.F., CA | | ATTN: CLERK |

LODGMENT B

Danny James Cohea (J13647)
Calipatria State Prison
P.O. Box 5002, B-5-244
Calipatria, CA. 92233-5002

RECEIVED
JUN 1 8 2007
CLERK SUPREME COURT

S151296

June 14, 2007

Dear Clerk of California Supreme Court:

On or about May 21, 2007 I submitted for filing an <u>Original</u> Petition for Writ of Habeas Corpus, and therewith a <u>Supplemental Pleading</u> to the Original Petition for Writ of Habeas Corpus (both <u>dated</u> "May 18, 2007") totaling six (6) Habeas Corpus grounds.

To date, I have not received a case number from this court regarding this matter. Could this court <u>please</u> notify me of the (case number) and status of the aforementioned petition(s).

Sincerely,
Danny S. Cohea
Petitioner

LODGMENT C

# Supreme Court of California
## Docket Listing

S151296
Page 1 of 1

| | |
|---|---|
| **Case Number:** | S151296 |
| **Current Status:** | case initiated — *PENDING - No decision yet.* |
| **Case Title:** | COHEA (DANNY JAMES) ON H.C. |
| **Start Date:** | 03/26/2007 |
| **Case Category:** | Original Proceeding - Habeas |

### Court of Appeals Case Information

### Lower Court Case Information

### Party Information

DANNY JAMES COHEA
   Petitioner
   P.O. Box 5002
   Calipatria, CA 92233

### Attorneys

[None]

### Docket Events

| Date | Event |
|---|---|
| 03/26/2007 | Petition for writ of habeas corpus filed<br>Danny James Cohea, petitioner in pro per |
| 05/31/2007 | Received:<br>Supplemental Pleading - grounds 4-6 |

*LODGMENT D*

S151296

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re DANNY JAMES COHEA on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Dexter* (1979) 25 Cal.3d 921.)

Werdegar, J., was absent and did not participate.

SUPREME COURT
**FILED**

JUL 2 5 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE
_____
Chief Justice

LODGMENT E

S154383

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re DANNY JAMES COHEA on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474; *In re Dexter* (1979) 25 Cal.3d 921.)

Werdegar, J., was absent and did not participate.

SUPREME COURT
**FILED**

JUL 2 5 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE
---
Chief Justice

*LODGMENT F*

## VERIFICATION

(C.C.P. §§446; 2015.5;
28 U.S.C. §1746)

I, _DANNY JAMES COHEA_, declare under the penalty of perjury that:

I am the _PETITIONER/COMPLAINANT_ in the attached matter; I have read the foregoing document(s) and know the contents thereof; and the same is true of my own personal knowledge, or upon information and belief therein that they are true; that if called to testify as to the contents hereof I could do so competently as a sworn witness.

Executed this _06_ day of _APRIL_, ~~199~~ _2008_, at California State Prison / Sacramento, Represa, California 95671.

(Signature) _Danny James Cohea_
Declarant

*****************************************************************

## DECLARATION OF SERVICE BY MAIL

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _DANNY JAMES COHEA_, declare:   That I am a resident of California State Prison / ~~Sacramento~~ _CORCORAN_, State of California; I am over the age of 18 years; I am/am not a party to the above entitled action; My address is P.O. Box ~~290066~~ _8800_, ~~Represa~~ _CORCORAN_, California ~~95671-0066~~ _93212-8307_; I served the attached document(s) entitled: _COHEA V. SCRIBNER, USDC CV 07-2013 J (JMA); NOTICE OF OPPOSITION AND OPPOSITION TO RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS PETITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS [28 U.S.C. §2254]_

on the persons/parties specified below by placing a true and duplicated copy of said documents into a sealed envelope with appropriate First Class Postage affixed thereto and prepaid, and placing said envelope(s) into the United States Mail in a deposit box provided at the California State Prison / ~~Sacramento, Represa~~ _CORCORAN, CORCORAN_, California, addressed as follows:

_UNITED STATES DISTRICT COURT_
_SOUTHERN DISTRICT OF CALIFORNIA_
_OFFICE OF THE CLERK_
_880 FRONT STREET, SUITE 4290_
_SAN DIEGO, CA. 92101-8900_

_JUDICIAL COUNCIL 9TH CIR._
_CLERK, U.S. COURT OF APPEALS_
_FOR THE NINTH CIRCUIT_
_95 SEVENTH STREET_
_P.O. BOX 193939_
_SAN FRANCISCO, CA. 94119-3939_

_CALIFORNIA ATTORNEY GENERAL_
_(SAN DIEGO OFFICE)_
_110 WEST "A" STREET, SUITE 1100_
_SAN DIEGO, CA. 92186-5266_
_ATTN: DEPUTY AG_
_LORA FOX MARTIN_

There is First Class mail delivery service by United States Mail at the places so addressed and/or regular communication by mail between the place of mailing and the addresses above. I declare under the penalty of perjury that the foregoing is true and correct and that I executed this service on this _06th_ day of _APRIL_, ~~199~~ _2008_ at California State Prison / ~~Sacramento, Represa~~ _CORCORAN, CORCORAN_ California ~~95671~~ _93212_.

(Signature) _Danny James Cohea_
Declarant