1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JESSICA N. BLONIEN
   Supervising Deputy Attorney General
5  LORA FOX MARTIN, State Bar No. 168012
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA  92101
7    Telephone:  (619) 645-2019
     Fax:  (619) 645-2581
8    Email:  Lora.Martin@doj.ca.gov

9  Attorneys for Respondent

10

11                    IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 **DANNY JAMES COHEA,** | CV 07-2013 J (JMA) |
| 15                              Petitioner, | **EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO U.S. MAGISTRATE' S REPORT AND RECOMMENDATION; DECLARATION OF LORA FOX MARTIN** |
| 16             v. | |
| 17 **L. E. SCRIBNER, Warden,** | |
| 18                              Respondent. | |
| 19 | |
| 20 | Courtroom:        D<br>Judge:            The Honorable Jan M. Adler |
| 21 | |

22       Respondent Derral G. Adams, Warden[1/], California State Prison - Corcoran, makes this

23  Ex Parte Application for a thirty day extension of time to file his objections to this Court's

24  August 14, 2008, Report and Recommendation.  Respondent's objections are due on August 26,

25  2008.  The extension of time, up to and including September 25, 2008, is required for the reasons

26

27       ─────────────────────────────────────────────

28       1.  Because Petitioner is currently incarcerated at the California State Prison, in Corcoran,
    California, he is in the custody of Respondent Derral G. Adams, the current warden. Therefore,
    Derral G. Adams is the only appropriate Respondent in this matter.

Ex Parte Application for Extension of Time to file Objections          Case No. CV 07-2013 J (JMA)

1  set forth in the Declaration of Lora Fox Martin, attached hereto.  A proposed order is

2  concurrently lodged with this Ex Parte Application.

3      Dated:  August 26, 2008

4                                        Respectfully submitted,

5                                        EDMUND G. BROWN JR.
                                         Attorney General of the State of California
6                                        DANE R. GILLETTE
                                         Chief Assistant Attorney General
7
                                         JULIE L. GARLAND
8                                        Senior Assistant Attorney General

9                                        JESSICA N. BLONIEN
                                         Supervising Deputy Attorney General

10

11                                       s/ Lora Fox Martin

12                                       LORA FOX MARTIN
                                         Deputy Attorney General
13
                                         Attorneys for Respondent
14

15
    cohea.wpd
16  SD2007602019

17

18

19

20

21

22

23

24

25

26

27

28

1          **DECLARATION OF LORA FOX MARTIN**

2          I, LORA FOX MARTIN, declare as follows:

3          1.    I am an attorney at law, duly admitted and licensed to practice law in this Court. I

4    am employed as a Deputy Attorney General (DAG) for the State of California in the Correctional

5    Writ and Appeals (CWA) section. I am the attorney representing Respondent in this matter. The

6    following facts are based on my personal knowledge, except for those facts based on information

7    and belief. If called upon as a witness to testify about the following facts, I could, and would,

8    competently testify thereto.

9          2.    On August 14, 2008, this Court filed it's Report and Recommendation (1) denying

10   Respondent's Motion to Dismiss the Petition; (2) deeming Petitioner's most recent statement of

11   claims, Grounds One through Four, the operative allegation to the Petition; and (3) ordering the

12   issuance of a briefing schedule on the merit's of Petitioner's claims. Objections to the Report

13   and Recommendation are currently due on August 26, 2008. For the following reasons I require

14   additional time to file the Objections.

15         3.    Since the Court filed the Report and Recommendation, I requested the paralegal to

16   assist me in this matter, Michelle Dale, obtain additional information, in the form of declarations,

17   which will be submitted in conjunction with the Objections. However, it was necessary to

18   compile this information before a draft of the Objections could be completed. Thus, although I

19   had completed some of the preliminary work on the Objections by August 20, 2008, I was out of

20   the office ill on August 21 and 22, 2008 and was therefore, unable to complete my draft, have it

21   reviewed, and processed for filing prior to August 26, 2008. Furthermore, during the month of

22   August I was out of the office and spent substantial amounts of time preparing for hearings in

23   other cases. I was out of the office on August 11, 2008, to attend an Order to Show Cause

24   hearing in the United States District Court, Central District, in Santa Ana, in *Mezhbein v.*

25   *Salazar*, case number CV 06-8059. In the hearing on August 11, that court indicated that it

26   would be issuing an order on August 12 or 13, which would require immediate action. However,

27   as of today, no such order has issued, but I am continuing to monitor the case for the issuance of

28   the order. I was also out of the office on August 14, 2008, to attend an out-of-town motion

Ex Parte Application for Extension of Time to file Objections          Case No. CV 07-2013 J (JMA)

1   hearing in the Imperial County Superior Court in *People v. Marquez*, case number JCF21657.  I

2   also prepared for and appeared telephonically in a case management conference on August 18 for

3   two cases pending in the Imperial County Superior Court, both captioned *In re Andre Johnson*,

4   case numbers ECU4037, and ECU4063.

5         4.    In addition to working on the instant matter and the above-described trial and

6   motion matters, I also handled the following matters during the past 30 days:  two motions in the

7   Ninth Circuit Court of Appeals, *Duberry v. Marshall*, case number 07-55974, and *Holder v.*

8   *Marshall*, case number 08-55922, and one supplemental return in *Scott v. Marshall*, case number

9   07-8366.  Also, I am monitoring the production of discovery which has been ordered in *White v.*

10  *Davison*, case number CV 07-2624, which is currently set to be produced by the Board of Parole

11  Hearings on or before September 5, 2008.

12        5.    Also, our office is experiencing a shortage of Supervising Deputy Attorneys

13  General (SDAGs) who are responsible for reviewing and approving the filings of DAGs in the

14  CWA section.  Currently, there are thirty non-supervisory DAGs statewide in the CWA section.

15  While normally there are four SDAGs who share the reviewing responsibility for these thirty

16  DAGs, presently, there are only two SDAGs who are available to review the work of thirty

17  attorneys.  This has resulted in a significant increase in the amount of time it takes to file any

18  given pleading.

19        6.    Also, before I can finish the Objections to the Report and Recommendation in this

20  case, I need to complete a supplemental pleading that is due in the United States District Court,

21  Central District, in *Reyes v. Marshall*, case number 07 CV 1187, which is due on or before

22  August 27, 2008.  This matter was originally due on July 28, 2008.  I also need to file a motion in

23  the Ninth Circuit Court of Appeal in *Williams v. Schwarzenegger*, case number 08-55395, which

24  must be filed on or before August 27, 2008.

25        7.    I have a number of other state and federal pleadings due within the next thirty

26  days.  In addition to those assignments, I recently received a notification to appear for state jury

27  duty beginning on September 9, 2008.

28  ///

8. This is Respondent's first request for an extension of time to file Objections to the Report and Recommendation.

9.   This request for an extension of time is based on good cause as described above and is not made for the purpose of harassment, to create undue delay, or for any other improper reason whatsoever.

10.  Mr. Cohea is an inmate proceeding in pro per. He will be notified of this request by mail at the address he provided to the Clerk of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on August 26, 2008, at San Diego, California.

_____ s/ Lora Fox Martin _____
LORA FOX MARTIN

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **Cohea v. Scribner**

Case No.:    **CV 07-2013 J (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 26, 2008, I served the attached **EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO U.S. MAGISTRATE'S REPORT AND RECOMMENDATION; DECLARATION OF LORA FOX MARTIN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

**Danny James Cohea**
**CDC # J-13647**
**California State Prison, Corcoran**
**P.O. Box 8800**
**Corcoran, CA  93212-8909**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 26, 2008, at San Diego, California.

B. Magallanes
_____
Declarant

70134653.wpd