UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>          Plaintiff,<br>v.<br><br>L.E. SCRIBNER, Warden<br><br>          Defendants. | Civil No. 07cv2013 JAH (JMA)<br><br>**ORDER GRANTING RESPONDENT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS [Doc. No. 29]** |

On August 26, 2008, Respondent filed an application for an extension of time to file objections to the Report and Recommendation. The Honorable Jan M. Adler, United States Magistrate Judge filed the Report and Recommendation on August 14, 2008 and directed the parties to file any objections no later than August 26, 2008. Respondent requests an additional thirty days, up to and including September 25, 2008 to file objections.

Counsel for Respondent maintains preliminary work on the objections was not completed until August 20, 2008 and she was out of the office ill on August 21 and 22, 2008. Counsel further maintains she was out of the office several times in August to work on other matters, worked on several others, has a number of other state and federal pleadings due within the next thirty days and there is a shortage of Supervisory Deputy Attorney Generals who are responsible for reviewing pleadings. The Court finds good cause for granting the extension.

Accordingly, IT IS HEREBY ORDERED:

1. Respondent's *ex parte* application for an extension of time to file objections is **GRANTED**;
2. Objections to the Report and Recommendation shall be filed and served **no later than September 25, 2008**;
3. Any reply to the objections shall be field and served **no later than October 9, 2008**.

DATED:  August 28, 2008

*[signature]*

JOHN A. HOUSTON
United States District Judge