1  DANNY JAMES COHEA (J13647)
   CSP-CORCORAN-SHU
2  4001 KING AVE, 4A2R-22L
   P.O. BOX 8800
3  CORCORAN, CA. 93212-8309

4  IN PRO PER

5

6

7

8             IN THE UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 DANNY JAMES COHEA,                CASE NO. 07-CV-2013-JAH (JMA)
                                     PETITIONER'S OBJECTIONS TO
11           PETITIONER,              REPORT AND RECOMMENDATION

12      V.

13 L.E. SCRIBNER, WARDEN,

14           RESPONDENT.

15

16                           **AFFIDAVIT**

17    Petitioner's instant objections to the United States Magistrate
18 Judge's August 14, 2008 Report and Recommendation in the above-entitled
19 matter is simply submitted to <u>CORRECT</u> two (2) elements of the facts
20 that was misquoted by the Magistrate's Report.

21    <u>FIRST</u>, in the Magistrate's Report at (page 2:5-7) the Magistrate
22 states, "On March 9, 2006, Petitioner was found guilty of the charged
23 offense after an administrative hearing and was assessed 60 days
24 forfeiture of credit." (EMPHASIS ADDED.) (SEE CD 28-1 AT P.2:5-7.)

25    In petitioner's April 15, 2008 filed "OPPOSITION" to the Respondent's
26 motion to dismiss, petitioner <u>explicitly</u> informed this Court that, "<u>NOR</u>
27 was Petitioner 'found guilty of [any] charged offense on March 09, 2006'
28 as unfoundly changed by Respondent's motion. (MOTION AT P.3:13-14.)"

                                (1)

**FILED**

2008 SEP -3 PM 2:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NUNC PRO TUNC**
AUG 27 2008

1  (SEE OPPOSITION AT P. 6:8-28.) AS DID PETITIONER'S OPPOSITION INFORMED
2  THIS COURT THAT THE CHARGED OFFENSE ADMINISTRATIVE HEARING WAS HELD
3  ON "MARCH 29, 2006," WHICH IS ALSO THE DATE PETITIONER WAS FOUND
4  GUILTY OF THE CHARGED OFFENSE. (SEE OPPOSITION AT P. 17.)[1]
5     ACCORDINGLY, PETITIONER IS COMPELLED TO ASSERT, THE RULE VIOLATION REPORT
6  ("RVR") ADMINISTRATIVE HEARING DATE OF "MARCH 29, 2006" (INSTEAD OF BEING NOTED
7  IN THIS COURT CASE RECORD AS "MARCH 09, 2006") IS VERY IMPORTANT TO THE FACTUAL
8  ELEMENTS OF THE ASSERTED CLAIMS IN THE INSTANT PETITION'S GROUNDS ONE
9  THROUGH GROUNDS FOUR, THUS HERE MAKING IT NECESSARY THAT THIS FACT
10 BEING ILLUSTRATED CORRECTLY IN THIS COURT'S CASE RECORD.
11    SECOND, IN THE MAGISTRATE'S REPORT AT (PAGE 3:2-5, 25-28 FN.2) THE
12 MAGISTRATE STATES, "PETITIONER THEN FILED A PETITION FOR HABEAS CORPUS
13 RELIEF IN THE CALIFORNIA SUPREME COURT ON MARCH 26, 2007, WHICH WAS DENIED
14 WITHOUT REASONED DECISION ON JULY 25, 2007. (LODGMENT NOS. 11+12.)" (EMPHASIS
15 AND UNDERSCORE ADDED.)[2]
16    BUT, IN PETITIONER'S APRIL 15, 2008 FILED "OPPOSITION" TO THE RESPONDENT'S
17 MOTION TO DISMISS, PETITIONER EXPLICITLY INFORMED THIS COURT THAT, "THE
18 PETITION FOR WRIT OF HABEAS CORPUS 'SUPPLEMENTAL PLEADING--GROUNDS 4-6' HAD
19 BEEN FILED IN THE CALIFORNIA SUPREME COURT ON 'MAY 31, 2007' AND THAT THE
20 CLERK OF THE CALIFORNIA SUPREME COURT HAD FILED THE 'SUPPLEMENTAL PLEADING--
21 GROUNDS 4-6' UNDER THE WRONG CASE NUMBER 'CASE # S151296', AND THAT THAT
22 CASE # 'S151296' HAD BEEN FILED BY PETITIONER ON 'MARCH 26, 2007' WHICH

---

23  1. MATERIALS PROPERLY ATTACHED TO A COMPLAINT AS EXHIBITS MAY BE CONSIDERED.
    SEE AMFAC MORTG. CORP. v. ARIZONA MALL OF TEMPE, INC., 583 F.2d 426, 429+ N.2 (9TH CIR.
24  1978); DURNING v. FIRST BOSTON CORP., 815 F.2d 1265, 1267 (9TH CIR. 1987) ("[ATTACHED]
    DOCUMENTS ARE PART OF THE COMPLAINT AND MAY BE CONSIDERED IN DETERMINING
25  WHETHER THE PLAINTIFF CAN PROVE ANY SET OF FACTS IN SUPPORT OF THE CLAIM,"),
    CERT. DENIED, 484 U.S. 944, 108 S.Ct. 330, 98 L.Ed.2d 358 (1987).
26    2. SEE ANTHONY v. CAMBRA, 236 F.3d 568, 575 N.4 (9TH CIR. 2000), HOLDING THAT
    THE MAILBOX RULE APPLIES WITH EQUAL FORCE TO FILING OF STATE AS WELL AS
27  FEDERAL PETITIONS. (CITING SAFFORD v. NEWLAND, 224 F.3d 1087, 1091 (9TH CIR. 2000)).
    COMPARE, SCHWEITZER v. SCOTT, 469 F.Supp. 1017 (1979, C.D. Cal.), FED. R. EVID. 201(b)(2)(d).
28

(2)                                                                07-CV-2013

1  INVOLVED AN ALTOGETHER SEPARATE MATTER AND CLAIM INVOLVING A
2  RVR FROM CSP-SACRAMENTO." (SEE OPPOSITION AT PP. 20-23.)
3       ACCORDINGLY, PETITIONER ASSERTS, ITS IMPORTANT THAT PETITIONER'S
4  CALIFORNIA SUPREME COURT HABEAS CORPUS FILING DATE OF "MAY 31, 2007"
5  RELATING TO THE HABEAS CORPUS PETITION'S ORIGINAL THREE (3) GROUNDS
6  AND "SUPPLEMENTAL PLEADING--GROUNDS 4-6" BE PROPERLY REFLECTED WITHIN
7  THIS COURT'S CASE RECORD.
8       SECTION 2254 RULES, RULE 8(b)(4) STATES THAT, "JUDGE...SHALL MAKE A
9  DE NOVO DETERMINATION OF THOSE PORTIONS OF THE [MAGISTRATE'S] REPORT...TO
10 WHICH OBJECTION IS MADE." SEE BALLARD V. ESTELLE, 937 F.2d 453, 456 N.4 (9TH
11 CIR. 1991)(DISTRICT COURT BASES DE NOVO DETERMINATION OF REVIEW OF MAGISTRATES
12 FINDINGS AND RECOMMENDATIONS, PETITIONER'S OBJECTION, AND PORTIONS OF RECORD
13 QUOTED IN MAGISTRATE'S REPORT).

                    CONCLUSION
15      WHEREFORE, PETITIONER'S OBJECTIONS TO THE MAGISTRATE'S REPORT
16 IS EXCLUSIVELY RELATED TO THE MISQUOTE BY THE COURT OF THE "MARCH
17 29, 2006" ADMINISTRATIVE [RVR] HEARING DATE AS BEING "MARCH 9, 2006",
18 AND OF THE "MAY 31, 2007" HABEAS CORPUS PETITION "SUPPLEMENT PLEADING
19 GROUNDS 4-6" IN THE CALIFORNIA SUPREME COURT BEING PART OF A SEPARATE
20 HABEAS PETITION'S FILING DATE OF "MARCH 26, 2007" AS AFOREMENTIONED.
21 DATED: AUGUST 24, 2008

                              RESPECTFULLY SUBMITTED,

                              /s/ Danny James Cohea
                              DANNY JAMES COHEA

(3)                                                07-CV-2013

## PROOF OF SERVICE BY MAIL

I, DANNY JAMES COHEA, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: CSP-CORCORAN, 4001 KING AVE., P.O. BOX 8800, 4A2R-22L, CORCORAN, CA. 93212-8309

On August 24, 2008, I delivered to prison officials for mailing, at the above address, the attached: COHEA v. SCRIBNER, WARDEN, 07-CV-2013 JAH (JMA) PETITIONER'S OBJECTIONS TO REPORT AND RECOMMENDATION

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA. 92101-8900

(2) CALIFORNIA ATTORNEY GENERAL
(SAN DIEGO OFFICE)
110 WEST "A" STREET, SUITE 1100
SAN DIEGO, CA. 92186-5266
ATTN: DEPUTY AG, LORA FOX MARTIN

(3) _____

(4) _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24 day of August, 2008, at California State Prison, Corcoran.

Danny James Cohea
In Pro Per