# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 SEP 11 PM 12:56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Houston
FROM:  R. Mullin,   Deputy Clerk      RECEIVED DATE:  9/8/2008
CASE NO.:  07cv2013 JAH (JMA)   DOCUMENT FILED BY:  Petitioner
CASE TITLE:  Cohea v. Scribner, et al
DOCUMENT ENTITLED:  Opposition to Motion for Extension of Time to File Objections to R & R

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | OTHER: | No motion pending. Court granted motion by order filed 8/29/08. |

Date forwarded:  9/9/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:  Houston

Dated:  9/10/08      By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

```
1  DANNY JAMES COHEA (J13647)
   CSP-CORCORAN-SHU
2  4001 KING AVE.
   P.O. BOX 8800, 4A2R-22L
3  CORCORAN, CA. 93212-8309

4  IN PRO PER
```

**REJECTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT CALIFORNIA

DANNY JAMES COHEA,

    PETITIONER,

V.

L.E. SCRIBNER, WARDEN,

    RESPONDENT(S).

CASE NO. CV-02-2013 JAH (JMA)

NOTICE OF OPPOSITION AND OPPOSITION TO RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

(PURSUANT TO CIVLR 7.1(e)(2),(f)(3))

COURT: D
JUDGE: U.S. MAGISTRATE JUDGE JAN M. ADLER

## AFFIDAVIT

PLEASE TAKE NOTICE, L.E. SCRIBNER, WARDEN, CALIFORNIA STATE PRISON-CALIPATRIA, DERRAL G. ADAMS, WARDEN, CALIFORNIA STATE PRISON-CORCORAN, AND EDMUND G. BROWN, JR., CALIFORNIA ATTORNEY GENERAL. PETITIONER, DANNY JAMES COHEA, HEREBY MOVES THIS COURT ON OPPOSITION TO <u>DENY</u> RESPONDENT'S AUGUST 26, 2008 MOTION FOR EXTENSION FOR TIME TO FILE OBJECTIONS TO THE UNITED STATES MAGISTRATE JUDGE'S AUGUST 14, 2008 REPORT AND RECOMMENDATIONS IN THE ABOVE-ENTITLED MATTER. BECAUSE <u>ANY</u> OBJECTIONS BY RESPONDENT WOULD BE CLEARLY TOTALLY <u>FRIVOLOUS</u>, DUE TO THE FACT THAT THE MAGISTRATE'S REPORT OF AUGUST 14, 2008 IS "<u>SOUND AS A ROCK</u>". (SEE I CORINTHIANS 10:1-5(...AND THAT <u>ROCK WAS CHRIST</u>.)) (SEE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES.)

DATED: SEPTEMBER 03, 2008

                          RESPECTFULLY SUBMITTED,

                          *Danny James Cohea*
                          DANNY JAMES COHEA

                          CV-02-2013